WHITTENDALE *vs.* DIXON & BROTHER.

1. The act of the legislature establishing a city court in the county of Richmond is not unconstitutional because jurisdiction over the entire county of Richmond is given to it, without making its practice uniform with that of county courts. City courts are expressly excepted in the constitution; and this court is similar to the city court of Atlanta, which was in existence, and had jurisdiction over the entire county of Fulton when the constitution of 1877 was adopted. Const. 1877, par. 1, sec. 9, art. 6; Code, §5133; Acts 1876, p. 96.

2. If the act establishing the city court of Richmond county contains matter in the body thereof different from that expressed in the title, and undertakes to provide for the creation of a county commissioner and to define his duties, such matter alone will be void; while all that is in conformity with the title will be constitutional and valid. 4 *Ga.*, 26, 38; 12 *Id.*, 36, 41; 45 *Id.*, 388 (6); 61 *Id.*, 454.

Judgment affirmed.

April 17, 1883.

CRAWFORD, Justice.

---

WORMLY *vs.* THE STATE OF GEORGIA.

1. A ground of a motion for a new trial to the effect that the court admitted certain evidence over the objections of the defendant, without stating any ground therefor, raises no question which this court can decide.

(*a.*) In the present case no sufficient reason is shown to us for rejecting evidence tending to show that a defendant charged with larceny, when arrested, had other goods in his possession belonging to the same owner and which were missed about the same time when the horse was taken, with the larceny of which defendant was charged.

2. The verdict is sustained by the evidence.

Judgment affirmed.

March 13, 1883.

HALL, Justice.